ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

SHIAO LEE (CABN 257413)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102-3495
    Telephone: (415) 436-6924
    FAX: (415) 436-7234
    shiao.lee@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 18-106 CRB |
|     Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER OF DETENTION |
| KENYONNA FARR, | |
|     Defendant. | |

The parties appeared before the Honorable Joseph C. Spero on May 11, 2018 for a detention hearing. The defendant was present and represented by defense counsel Geoff Hansen. The government was represented by Assistant United States Attorney Shiao Lee. The government moved for detention.

The Court has considered the pre-trial services bail review report, the parties' proffers during the hearing and the prior court appearance on May 7, 2018, the defendant's criminal history, and the factors set forth in 18 U.S.C. § 3142(g). For the reasons stated on the record at the hearing, the Court finds that, at least for now, no condition or combination of conditions will reasonably assure the appearance of the defendant if the defendant were released. In particular, the Court is concerned by the defendant's

history of substance abuse and drug addiction, her criminal history, which include probation and parole violations, and her prior conduct in which she absconded from residential treatment programs on two prior occasions. The Court also takes note that, at this time, the defendant is not able to put forward a surety for a bond in this matter.

For the reasons stated above, the Court finds that there are no present condition or combination of conditions that will reasonably assure the appearance of the defendant if the defendant were released. The Court therefore orders the defendant detained pending further proceedings in this matter.

The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a correctional facility. The defendant must be afforded a reasonable opportunity to consult privately with counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility must deliver the defendant to the United States Marshal for a court appearance.

IT IS SO ORDERED.

DATED: May 15, 2018

_____
HON. JOSEPH C. SPERO
Chief United States Magistrate Judge